UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-21818-CIV-KING/TORRES

JHONNY ALBERTO PRECIADO )
CORDOBA, *and all others similarly situated* )
*under 29 U.S.C. 216(b)*, )
　　　　　　　　　　　　　　　　　　　　 )
　　　　　　Plaintiffs, )
　vs. )
　　　　　　　　　　　　　　　　　　　　 )
GRAND FLORIDIAN ESTATE REALTY )
LLC, )
　　　　　　　　　　　　　　　　　　　　 )
　　　　　　Defendants. )
_____ )

## PLAINTIFF'S NOTICE OF FILING SWORN AFFIDAVIT IN RESPONSE TO ORDER TO SHOW CAUSE [D.E. 10]

**COMES NOW** Plaintiff, by and through undersigned counsel, in response to the Court's Order to Show Cause entered on June 3, 2015 [D.E. 10], and in support thereof states as follows:

1. The above-described Order directs Plaintiff to file a sworn affidavit or a verified amended complaint by June 13, 2015. [D.E. 10].

2. Plaintiff attaches herewith his sworn affidavit as Exhibit 1 in response to the Order.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　J.H. Zidell, P.A.
　　　　　　　　　　　　　　　　　　　　300 71st Street, Suite 605
　　　　　　　　　　　　　　　　　　　　Miami Beach, Florida 33141
　　　　　　　　　　　　　　　　　　　　Tel: (305) 865-6766
　　　　　　　　　　　　　　　　　　　　 Fax: (305) 865-7167
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　By: /s/ Julia M. Garrett
　　　　　　　　　　　　　　　　　　　　Julia M. Garrett, Esq.
　　　　　　　　　　　　　　　　　　　　jgarrett.jhzidellpa@gmail.com
　　　　　　　　　　　　　　　　　　　　Florida Bar Number: 105151

**CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of the foregoing was served via this Court's CMF/ECF system on June 8, 2015, and was emailed to the *PRO SE* Defendant in the Service List below.

> J.H. Zidell, P.A.
> 300 71st Street, Suite 605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865-7167
> *Attorneys for Plaintiff*
>
> By: /s/ Julia M. Garrett
> Julia M. Garrett, Esq.
> jgarrett.jhzidellpa@gmail.com
> Florida Bar Number: 105151

**SERVICE LIST**

Grand Floridian Estate Realty LLC
Registered Agent: Robert P. Reiter
22172 Waterside Drive
Boca Raton, FL 33428
Phone: (561) 361-0200
Fax: (561) 361-0922
bob@gferealty.com
*Corporate Defendant*