**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 15-21818-CIV-KING/TORRES

JHONNY ALBERTO PRECIADO CORDOBA,
and all others similarly situated under 29 U.S.C.
216(b),

           Plaintiffs,
vs.

KRYSTAL INVESTMENT SOLUTION LLC,

           Defendant.
_____/

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Jhonny Alberto Preciado Cordoba ("Plaintiff") and Defendant, Krystal Investment Solution, LLC ("Defendant"), through undersigned counsel, hereby request this Honorable Court to enter an Amended Scheduling Order in this matter, and, as grounds therefor, state as follows:

1. On August 3, 2015, this Court entered an Order setting this matter for trial during the period commencing July 11, 2016 and setting forth pretrial deadlines [ECF 22].

2. On February 9, 2016, upon the parties' Election to Jurisdiction by United States Magistrate Judge [ECF 26], an Order was entered referring this matter to Magistrate Judge Edwin G. Torres for "all pretrial matters, including trial and entry of final judgment, and for all such judicial proceedings as are permissible." [ECF 27].

3. In light of the foregoing, the parties respectfully request entry of an Amended Scheduling Order, revising the pretrial deadlines and trial date.

Specifically, the parties request that the discovery deadline be extended until June 30, 2016, and that the deadline for filing dispositive motions be extended until July 30, 2016.

4. Additionally, the parties request that the jury trial, anticipated to take 3-4 days, be scheduled between November 5, 2016 and December 10, 2016, with the Final Pretrial Conference to take place twenty (20) days before the commencement of the trial period.

5. Finally, the parties request that the deadline for filing the Joint Pretrial Stipulation, proposed jury instructions, verdict form and motions in limine be extended until ten (10) days prior to the Final Pretrial Conference.

WHEREFORE, the parties respectfully request the Court to enter an Amended Scheduling Order revising the pretrial deadlines and trial date as set forth herein, and for such further relief as this Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| **J.H. ZIDELL, P.A.** | **MARKO & MAGOLNICK, P.A.** |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 300 71st Street, Suite 605 | 3001 S.W. 3rd Avenue |
| Miami, Florida 33141 | Miami, Florida 33129 |
| Tel.: (305) 865-6766 | Tel.: (305) 285-2000 |
| Fax: (305) 865-7167 | Fax: (305) 285-5555 |
| | |
| By: /s/J.H. Zidell | By: /s/Joel S. Magolnick |
| **J.H. Zidell, Esq.** | **Joel S. Magolnick, Esq.** |
| Florida Bar No. 010121 | Florida Bar No. 776068 |
| jzabogado@aol.com | Magolnick@mm-pa.com |
| | **Giovanna A. Abreu, Esq.** |
| | Florida Bar No. 95867 |
| | Abreu@mm-pa.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17th , 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document was served this day on all counsel of record and pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized matter for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                                  /s/  J.H. Zidell
                                                  J.H. Zidell