UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.: 15-21818-CIV-KING/TORRES

JHONNY ALBERTO PRECIADO CORDOBA, )
and all others similarly situated under 29 U.S.C. )
216(b), )
)
)
Plaintiffs, )
vs. )
)
)
ALL FOR YOU GENERAL SERVICES INC, )
and ALFREDY DIAZ HERNANDEZ, )
)
)
Defendants. )

**SUMMONS IN A CIVIL ACTION**

To:
ALL FOR YOU GENERAL SERVICES INC
Alfredy Diaz Hernandez, Registered Agent
1603 NW 7TH AVE
MIAMI, FL 33136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

4/11/2016

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Collette Quinones
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.: 15-21818-CIV-KING/TORRES

| | |
|---|---|
| JHONNY ALBERTO PRECIADO CORDOBA, *and all others similarly situated under 29 U.S.C. 216(b)*, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| ALL FOR YOU GENERAL SERVICES INC, and ALFREDY DIAZ HERNANDEZ, | )<br>)<br>)<br>) |
| Defendants. | ) |

**SUMMONS IN A CIVIL ACTION**

To:
ALFREDY DIAZ HERNANDEZ
1603 NW 7TH AVE
MIAMI, FL 33136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

s/Collette Quinones
Deputy Clerk
U.S. District Courts

4/11/2016

Steven M. Larimore
Clerk of Court